# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Opperman, Daniel S. | **2. Court or Organization**<br><br>Bankruptcy Eastern District MI | **3. Date of Report**<br><br>05/12/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

111 First Street
Bay City, Michigan 48708

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors Member | Midland Center for the Arts |
| 2. | Trustee | Eastern Michigan University Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Dow Inc. f/k/a Dow DuPont f/k/a The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. 2020 | Dow, Inc. f/k/a Dow DuPont f/k/a The Dow Chemical Company - Pension |
| 3. 2020 | Opperman Consulting LLC - Earnings |
| 4. 2020 | Orrick, Herrington & Satcliffle, L.L.P. - Consultant Fees |
| 5. 2020 | Isabella Bank Corporation - Director Fees |
| 6. 2020 | King & Spalding L.L.P.- Consultant Fees |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts "(H)" - Cash Equivalent | | | | | | | | | |
| 2. Huntington Bank f/k/a First Merit f/k/a Citizens - Cash Equivalent | A | Interest | M | T | | | | | |
| 3. Comerica Bank - Cash Equivalent | A | Interest | K | T | | | | | |
| 4. Dow Chemical Credit Union - Cash Equivalent | B | Interest | M | T | | | | | |
| 5. E-Trade - Cash Equivalent | A | Interest | L | T | | | | | |
| 6. Raymond James - Cash Equivalent | A | Interest | K | T | | | | | |
| 7. Isabella Bank - Cash Equivalent | B | Interest | M | T | | | | | |
| 8. PNC Bank | A | Interest | J | T | | | | | |
| 9. Certificates of Deposit "(H)" | | | | | | | | | |
| 10. Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 11. Mayville State Bank | A | Interest | K | T | | | | | |
| 12. Isabella Bank | B | Interest | | | Redeemed | 04/27/20 | M | B | |
| 13. Municipal Bonds "(H)" | | | | | | | | | |
| 14. FLORIDA ST GO ULT | A | Interest | K | T | | | | | |
| 15. MARYLAND ST GO ULT | B | Interest | K | T | | | | | |
| 16. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 17. Muniyield Michigan Insured | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  MICHIGAN ST Trunk Line | B | Interest | K | T | Sold<br>(part) | 05/14/20 | K | A | |
| 19.  NEW MEXICO ST GO ULT | A | Interest | K | T | | | | | |
| 20.  OREGON ST GO ULT | A | Interest | K | T | | | | | |
| 21.  PENNSYLVANIA ST GO ULT | A | Interest | K | T | | | | | |
| 22.  TEXAS ST GO ULT | A | Interest | K | T | | | | | |
| 23.  WASHINGTON ST GO ULT | B | Interest | L | T | Sold<br>(part) | 07/01/20 | K | A | |
| 24.  Real Estate "(H)" | | | | | | | | | |
| 25.  Farmland, Millington, Michigan Acquired<br>04/13/89 for $70,000 | E | Rent | L | R | | | | | |
| 26.  Life Insurance "(H)" | | | | | | | | | |
| 27.  Farm Bureau Life Insurance - Universal Life<br>- Fixed | A | Interest | K | T | | | | | |
| 28.  Stock and Certificates Held as Tenants By<br>Entirety "(H)" | | | | | | | | | |
| 29.  ATMOS Energy | B | Dividend | L | T | | | | | |
| 30.  Chevron Corporation | B | Dividend | K | T | | | | | |
| 31.  CMS Energy | A | Dividend | K | T | | | | | |
| 32.  Dow, Inc. f/k/a Dow DuPont f/k/a Dow<br>Chemical Company | D | Dividend | L | T | | | | | |
| 33.  Evergy, Inc. f/k/a Great Plains Energy by<br>way of merger on 06/04/18 | A | Interest | J | T | | | | | |
| 34.  Highwoods Property | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. News Corp | A | Dividend | J | T | | | | | |
| 36. Northwestern Corp | A | Dividend | J | T | | | | | |
| 37. XCEL Energy | B | Dividend | L | T | | | | | |
| 38. Stocks and Bonds - Broker Account DSO and BLO "(H)" | | | | | | | | | |
| 39. Adams Natural Resources Fund formerly Petroleum & Resources Corp. | A | Dividend | J | T | | | | | |
| 40. Alliance Bernstein Sustainable Int'l Growth | A | Dividend | K | T | | | | | |
| 41. Ameriprise Insured Money Market - Cash Equivalent | A | Interest | J | T | | | | | |
| 42. Camden Property | A | Dividend | J | T | | | | | |
| 43. Equity Commonwealth | | None | J | T | | | | | |
| 44. Essex Property | A | Dividend | J | T | | | | | |
| 45. John Hancock Financial | A | Dividend | K | T | | | | | |
| 46. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 47. Southern Company | A | Dividend | J | T | | | | | |
| 48. Vornado Realty | A | Dividend | J | T | | | | | |
| 49. Stocks and Certificates "(H)" | | | | | | | | | |
| 50. Dow, Inc. f/k/a Dow DuPont f/k/a Dow Chemical Company | D | Dividend | M | T | | | | | |
| 51. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Restricted Stock-Dow, Inc. f/k/a Dow DuPont f/k/a Dow Chemical Company | | None | M | T | | | | | |
| 53. Restricted Stock - Isabella Bank Corporation | C | Dividend | M | T | | | | | |
| 54. Limited Liability Company Units - SRO "(H)" | | | | | | | | | |
| 55. Opperman Consulting LLC | E | Dividend | L | T | | | | | |
| 56. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 57. Stocks and Bonds - Broker Accounts IRA SRO "(H)" | | | | | | | | | |
| 58. Abiomed Inc. | | None | L | T | Buy | 08/27/20 | L | | |
| 59. Amazon.com Inc. | | None | M | T | Buy (add'l) | 02/13/20 | K | | |
| 60. | | | | | Sold (part) | 07/28/20 | K | D | |
| 61. Amedisys Inc. | | None | L | T | Buy | 06/26/20 | K | | |
| 62. American Tower Corp. | B | Dividend | L | T | | | | | |
| 63. Chegg Inc. | | None | M | T | Buy | 01/16/20 | K | | |
| 64. | | | | | Buy (add'l) | 02/13/20 | K | | |
| 65. | | | | | Sold (part) | 05/13/20 | K | D | |
| 66. | | | | | Sold (part) | 06/23/20 | K | D | |
| 67. | | | | | Buy (add'l) | 09/14/20 | L | | |
| 68. | | | | | Sold (part) | 10/22/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Corteva Inc., Split From Dow DuPont 06/03/19 | A | Dividend | | | Sold | 03/05/20 | J | D | |
| 70. Dow, Inc. f/k/a Dow DuPont f/k/a Dow Chemical Company | B | Dividend | | | Sold | 03/05/20 | J | D | |
| 71. Dupont de Nemours Inc., Split From Dow DuPont 04/01/19 | A | Dividend | | | Sold | 03/05/20 | K | D | |
| 72. Edwards Lifesciences | | None | L | T | Buy (add'l) | 04/01/20 | J | | |
| 73. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 74. | | | | | Sold (part) | 11/19/20 | L | E | |
| 75. EPAM Systems | | None | M | T | Sold (part) | 01/14/20 | K | D | |
| 76. | | | | | Sold (part) | 09/16/20 | K | E | |
| 77. Equinix Inc. | B | Dividend | L | T | Sold (part) | 03/26/20 | K | B | |
| 78. Euronet Worldwide Inc. | | None | L | T | Sold (part) | 02/13/20 | K | D | |
| 79. | | | | | Sold (part) | 03/26/20 | K | A | |
| 80. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 81. Facebook Inc. | | None | M | T | Buy (add'l) | 03/19/20 | J | | |
| 82. Fleetcor Technologies | | None | L | T | Sold (part) | 04/01/20 | K | A | |
| 83. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | M | T | | | | | |
| 84. Guidewire Software | | None | L | T | Buy (add'l) | 04/01/20 | J | | |
| 85. IDEXX Laboratories Inc. | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Illumina Inc. | | None | | | Sold | 09/24/20 | K | D | |
| 87. Intuitive Surgical Inc. | | None | M | T | Sold (part) | 02/04/20 | K | D | |
| 88. | | | | | Buy (add'l) | 08/13/20 | K | | |
| 89. Omnicell Inc. | | None | L | T | Sold (part) | 05/14/20 | K | A | |
| 90. Palo Alto Networks | | None | M | T | Buy (add'l) | 06/02/20 | L | | |
| 91. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 92. PayPal Holdings | | None | M | T | Sold (part) | 02/13/20 | K | C | |
| 93. | | | | | Sold (part) | 06/23/20 | K | D | |
| 94. Penumbra Inc. | | None | K | T | Sold (part) | 04/01/20 | K | B | |
| 95. | | | | | Sold (part) | 05/12/20 | L | E | |
| 96. Proofpoint, Inc. | | None | K | T | Sold (part) | 01/16/20 | J | B | |
| 97. RBC Money Market Account - Cash Equivalent | | None | M | T | | | | | |
| 98. Salesforce.com | | None | L | T | Buy (add'l) | 03/19/20 | K | | |
| 99. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 100. | | | | | Sold (part) | 07/16/20 | L | D | |
| 101. | | | | | Sold (part) | 08/27/20 | K | E | |
| 102. | | | | | Sold (part) | 12/03/20 | K | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  ServiceNow, Inc. | | None | M | T | Buy | 04/30/20 | K | | |
| 104. | | | | | Buy (add'l) | 05/14/20 | K | | |
| 105.  Signature Bank NY | B | Dividend | L | T | | | | | |
| 106.  Splunk Inc. | | None | L | T | Buy (add'l) | 04/01/20 | J | | |
| 107. | | | | | Sold (part) | 12/09/20 | K | E | |
| 108.  Treasury Bills | B | Int./Div. | L | T | Buy | 08/04/20 | L | | |
| 109.  Tyler Technologies Inc. | | None | L | T | Sold (part) | 02/04/20 | J | C | |
| 110. | | | | | Sold (part) | 03/05/20 | L | D | |
| 111. | | | | | Buy (add'l) | 04/01/20 | K | | |
| 112. | | | | | Sold (part) | 09/10/20 | J | B | |
| 113. | | | | | Sold (part) | 09/28/20 | J | A | |
| 114.  Ulta Salon | | None | | | Sold | 06/26/20 | J | B | |
| 115.  Vertex Pharmaceuticals | | None | L | T | Sold (part) | 04/01/20 | K | B | |
| 116. | | | | | Sold (part) | 04/15/20 | J | B | |
| 117. | | | | | Sold (part) | 07/14/20 | K | D | |
| 118.  Workday Inc. C1 A | | None | M | T | Buy | 09/24/20 | K | | |
| 119. | | | | | Buy (add'l) | 11/05/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Zendesk Inc. | | None | M | T | Buy<br>(add'l) | 09/01/20 | K | | |
| 121. | | | | | Buy<br>(add'l) | 11/19/20 | K | | |
| 122. Stocks and Bonds - Broker Accounts IRA<br>DSO "(H)" | | | | | | | | | |
| 123. Abiomed Inc. | | None | J | T | Buy | 08/27/20 | J | | |
| 124. Amazon.com Inc. | | None | J | T | Sold<br>(part) | 08/21/20 | J | A | |
| 125. Amedisys Inc. | | None | J | T | Buy | 06/26/20 | J | | |
| 126. American Tower Corp. | A | Dividend | J | T | | | | | |
| 127. Chegg Inc. | | None | J | T | Buy | 01/16/20 | J | | |
| 128. | | | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 129. | | | | | Sold<br>(part) | 05/13/20 | J | A | |
| 130. | | | | | Sold<br>(part) | 06/23/20 | J | A | |
| 131. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 132. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 133. Dreyfus Money Market Account - Cash<br>Equivalent | A | Dividend | K | T | | | | | |
| 134. Edwards Lifesciences | | None | J | T | Buy<br>(add'l) | 07/28/20 | J | | |
| 135. | | | | | Sold<br>(part) | 11/19/20 | J | B | |
| 136. EPAM Systems | | None | J | T | Sold<br>(part) | 01/14/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 09/16/20 | J | B | |
| 138. Equinix Inc. | A | Dividend | J | T | | | | | |
| 139. Euronet Worldwide Inc. | | None | J | T | Sold<br>(part) | 02/13/20 | J | A | |
| 140. | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 141. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 142. Facebook Inc. | | None | J | T | Buy<br>(add'l) | 07/29/20 | J | | |
| 143. FEDEX CORP. | A | Interest | J | T | | | | | |
| 144. Fleetcor Technologies | | None | J | T | Sold<br>(part) | 04/01/20 | J | A | |
| 145. Google Inc. Cl a/k/a A/Alphabet Inc. C1 A | | None | J | T | | | | | |
| 146. Guidewire Software | | None | J | T | | | | | |
| 147. IDEXX Laboratories Inc. | | None | J | T | | | | | |
| 148. Illumina Inc. | | None | | | Sold | 09/24/20 | J | A | |
| 149. Intuitive Surgical Inc. | | None | J | T | Sold<br>(part) | 02/04/20 | J | A | |
| 150. iShares iBonds Dec. 2023 Corp. ETF | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 151. iShares iBonds Dec. 2024 Corp. ETF | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 152. iShares iBonds Dec. 2025 Corp. ETF | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 153. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  MCDONALD'S CORP. BONDS | A | Interest | | | Sold | 07/15/20 | J | A | |
| 155.  MCKESSON CORP. | A | Dividend | J | T | | | | | |
| 156.  Omnicell Inc. | | None | J | T | Sold<br>(part) | 05/14/20 | J | A | |
| 157.  O'REILLY AUTOMOTIVE CORP. | A | Dividend | J | T | | | | | |
| 158.  Palo Alto Networks | | None | J | T | Buy<br>(add'l) | 06/02/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 160.  PayPal Holdings Inc. | | None | J | T | Sold<br>(part) | 02/13/20 | J | A | |
| 161. | | | | | Sold<br>(part) | 06/23/20 | J | A | |
| 162. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 163.  Penumbra | | None | J | T | Sold<br>(part) | 05/12/20 | J | A | |
| 164.  Proofpoint, Inc. | | None | J | T | Sold<br>(part) | 01/16/20 | J | A | |
| 165.  Salesforce.com | | None | J | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 166. | | | | | Sold<br>(part) | 07/16/20 | J | A | |
| 167. | | | | | Sold<br>(part) | 08/27/20 | J | A | |
| 168. | | | | | Sold<br>(part) | 12/03/20 | J | A | |
| 169.  ServiceNow Inc. | | None | J | T | Buy | 04/30/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Signature Bank NY | A | Dividend | J | T | | | | | |
| 172.  Splunk Inc. | | None | J | T | Sold (part) | 12/09/20 | J | A | |
| 173.  STRYKER COPR. | A | Dividend | J | T | | | | | |
| 174.  Tyler Technologies Inc. | | None | J | T | Sold (part) | 03/05/20 | J | A | |
| 175.  Ulta Salon | | None | | | Sold | 06/26/20 | J | A | |
| 176.  UNITED PARCEL SERVICE | A | Dividend | J | T | | | | | |
| 177.  Vertex Pharmaceuticals | | None | J | T | Sold (part) | 04/15/20 | J | A | |
| 178. | | | | | Sold (part) | 07/14/20 | J | A | |
| 179.  WALT DISNEY CO. | A | Dividend | | | Sold | 09/17/20 | J | A | |
| 180.  WEYERHAEUSER CO. | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 181.  Workday Inc. C1 A | | None | J | T | Buy | 09/24/20 | J | | |
| 182. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 183.  Zendesk | | None | J | T | Buy (add'l) | 09/01/20 | J | | |
| 184. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 185.  Broker Account - DSO and SRO "(H)" | | | | | | | | | |
| 186.  Abbott Lab | B | Dividend | L | T | | | | | |
| 187.  Accenture LTD Cl A | A | Dividend | K | T | Sold (part) | 12/01/20 | K | E | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Agilent Technologies | A | Dividend | L | T | Buy (add'l) | 09/14/20 | K | | |
| 189. Alibaba | | None | K | T | Buy (add'l) | 04/15/20 | J | | |
| 190. | | | | | Sold (part) | 10/20/20 | J | B | |
| 191. Amazon | | None | | | Sold (part) | 04/15/20 | K | D | |
| 192. | | | | | Sold (part) | 04/21/20 | K | D | |
| 193. | | | | | Sold | 04/28/20 | K | D | |
| 194. Amphenol Corp. C1 A | A | Dividend | L | T | Buy (add'l) | 09/14/20 | K | | |
| 195. | | | | | Buy (add'l) | 12/01/20 | K | | |
| 196. Apple Computer Inc. | B | Dividend | M | T | Sold (part) | 01/13/20 | K | D | |
| 197. AptarGroup Inc. | A | Dividend | K | T | | | | | |
| 198. ARKANSAS ST GO | A | Interest | J | T | | | | | |
| 199. ASML Holdings | A | Dividend | K | T | Sold (part) | 04/01/20 | J | A | |
| 200. | | | | | Sold (part) | 06/25/20 | J | B | |
| 201. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 202. | | | | | Sold (part) | 12/03/20 | J | B | |
| 203. Ball Corp. | A | Dividend | K | T | Sold (part) | 01/28/20 | J | D | |
| 204. | | | | | Buy (add'l) | 03/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 04/14/20 | K | | |
| 206.  Baxter Int'l Inc. | A | Dividend | | | Buy | 04/21/20 | K | | |
| 207. | | | | | Sold<br>(part) | 08/07/20 | J | A | |
| 208. | | | | | Sold | 09/14/20 | K | A | |
| 209.  Becton Dickinson | A | Dividend | J | T | Sold<br>(part) | 02/21/20 | K | D | |
| 210.  Black Rock Inc. | B | Dividend | L | T | Buy<br>(add'l) | 01/16/20 | K | | |
| 211.  Boeing Co. | | None | K | T | Buy<br>(add'l) | 03/24/20 | J | | |
| 212. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 213. | | | | | Sold<br>(part) | 09/14/20 | J | A | |
| 214. | | | | | Buy<br>(add'l) | 11/24/20 | J | | |
| 215.  Broadcom Ltd. | C | Dividend | M | T | | | | | |
| 216.  Brookfield Asset Management | A | Dividend | K | T | | | | | |
| 217.  Canadian Nat'l Railway | A | Dividend | K | T | Buy<br>(add'l) | 07/28/20 | J | | |
| 218.  Capgemini | A | Dividend | K | T | Buy | 10/21/20 | K | | |
| 219.  Check Point Software | | None | K | T | | | | | |
| 220.  Chevron Corp. | B | Dividend | | | Sold<br>(part) | 01/16/20 | K | A | |
| 221. | | | | | Sold<br>(part) | 04/14/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 09/08/20 | K | A | |
| 223. | | | | | Buy<br>(add'l) | 11/24/20 | K | | |
| 224. | | | | | Sold | 12/03/20 | K | A | |
| 225. Comcast Corp | A | Dividend | K | T | Sold<br>(part) | 01/16/20 | J | A | |
| 226. Compass Group | A | Dividend | | | Sold | 06/15/20 | J | A | |
| 227. Corteva Inc., Split From Dow DuPont<br>06/03/19 | B | Dividend | M | T | | | | | |
| 228. Costco | A | Dividend | L | T | Buy | 08/05/20 | L | | |
| 229. CVS Corp. | B | Dividend | L | T | Buy<br>(add'l) | 07/16/20 | K | | |
| 230. | | | | | Buy<br>(add'l) | 09/14/20 | K | | |
| 231. Dassault Systems S.A. | A | Dividend | K | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 232. | | | | | Sold<br>(part) | 11/12/20 | J | C | |
| 233. DBS Group | A | Dividend | J | T | | | | | |
| 234. Diageo PLC ADR | A | Dividend | J | T | | | | | |
| 235. Discover Financial | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | K | B | |
| 236. | | | | | Buy<br>(add'l) | 11/24/20 | K | | |
| 237. DuPont de Nemours Inc., Split From Dow<br>Dupont 04/01/19 | C | Dividend | M | T | | | | | |
| 238. Enterprise Prod | A | Dividend | | | Sold | 12/11/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Estee Lauder C1A | A | Dividend | K | T | Sold (part) | 04/14/20 | K | A | |
| 240. Essity Aktiebolag F Spons ADR | A | Dividend | | | Sold | 01/08/20 | J | C | |
| 241. Experian PLC | A | Dividend | K | T | Buy (add'l) | 09/24/20 | J | | |
| 242. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 243. Fastenal Co. | A | Dividend | K | T | | | | | |
| 244. Fomento Eco Mexicano | A | Dividend | | | Sold | 08/25/20 | J | A | |
| 245. General Dynamics | A | Dividend | | | Buy | 03/03/20 | K | | |
| 246. | | | | | Sold (part) | 09/10/20 | K | A | |
| 247. | | | | | Sold | 09/14/20 | J | A | |
| 248. Global Pmts Inc. | A | Dividend | L | T | | | | | |
| 249. Google Inc. C1 a/k/a A/Alphabet Inc. C1 A | | None | K | T | Sold (part) | 04/21/20 | K | A | |
| 250. Graco | A | Dividend | K | T | Buy | 09/25/20 | K | | |
| 251. | | | | | Buy (add'l) | 10/27/20 | K | | |
| 252. GRAND RAPIDS - Grand Rapids Public Schools | A | Dividend | K | T | | | | | |
| 253. Grupo Aeroportuano Cen-ADR | A | Dividend | | | Sold | 09/14/20 | J | A | |
| 254. HDFC Bank Ltd. ADR | A | Dividend | K | T | Sold (part) | 04/02/20 | J | A | |
| 255. | | | | | Buy (add'l) | 08/11/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Home Depot Inc. | B | Dividend | L | T | Buy<br>(add'l) | 07/16/20 | K | | |
| 257.  Icon PLC | | None | J | T | Buy | 11/05/20 | J | | |
| 258.  Isabella Bank Corporation | D | Dividend | N | T | | | | | |
| 259.  iShares FTSE/China 25 | A | Dividend | J | T | | | | | |
| 260.  iShares iBonds Dec. 2026 | A | Dividend | K | T | Buy | 09/29/20 | K | | |
| 261.  iShares MCSI EAFE | A | Dividend | J | T | | | | | |
| 262.  iShares MSCI Emerging | A | Dividend | K | T | Buy<br>(add'l) | 10/27/20 | J | | |
| 263. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 264.  iShares MSCI EU Financial | A | Dividend | K | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 265. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 266.  Japan Index | A | Dividend | J | T | Buy | 06/12/20 | J | | |
| 267.  JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 268.  LANSING MI ST GO | A | Interest | K | T | | | | | |
| 269.  Linde PLC | A | Dividend | K | T | Buy | 12/16/20 | K | | |
| 270.  Marsh & McLennan | A | Dividend | K | T | Sold<br>(part) | 07/08/20 | K | B | |
| 271. | | | | | Sold<br>(part) | 09/25/20 | K | C | |
| 272.  McCormick & Co. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Microsoft Corp. | B | Dividend | M | T | Sold (part) | 01/13/20 | K | D | |
| 274. | | | | | Sold (part) | 02/05/20 | K | E | |
| 275. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 276. | | | | | Buy (add'l) | 03/12/20 | K | | |
| 277. Mondelez International | A | Dividend | K | T | | | | | |
| 278. Monolithic Power Sys Inc. | A | Dividend | L | T | Buy | 03/10/20 | K | | |
| 279. | | | | | Buy (add'l) | 04/14/20 | K | | |
| 280. | | | | | Sold (part) | 10/27/20 | K | D | |
| 281. Nestle SA ADR | A | Dividend | J | T | Sold (part) | 02/20/20 | J | B | |
| 282. New Oriental Education SP ADR | A | Dividend | K | T | Buy (add'l) | 04/03/20 | J | | |
| 283. Nike Inc. | A | Dividend | L | T | Sold (part) | 03/05/20 | K | B | |
| 284. | | | | | Buy (add'l) | 08/05/20 | K | | |
| 285. NVIDIA | A | Dividend | L | T | Sold (part) | 02/20/20 | K | E | |
| 286. | | | | | Buy (add'l) | 02/27/20 | K | | |
| 287. | | | | | Sold (part) | 10/22/20 | K | E | |
| 288. Oneok Partners LP | B | Dividend | | | Sold | 12/11/20 | K | A | |
| 289. Pepsico Inc. | B | Dividend | K | T | Buy (add'l) | 01/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 09/14/20 | K | A | |
| 291. | | | | | Buy (add'l) | 11/24/20 | K | | |
| 292.  Republic Services | A | Dividend | K | T | Buy (add'l) | 04/21/20 | K | | |
| 293. | | | | | Buy (add'l) | 11/24/20 | J | | |
| 294.  Ross Stores | A | Dividend | K | T | Buy (add'l) | 09/14/20 | J | | |
| 295. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 296.  SAP AG ADR | A | Dividend | | | Sold (part) | 10/27/20 | K | A | |
| 297. | | | | | Sold | 11/17/20 | J | A | |
| 298.  Starbucks | A | Dividend | L | T | Buy (add'l) | 02/28/20 | K | | |
| 299.  Stryker Corp. | A | Dividend | K | T | Buy (add'l) | 03/03/20 | J | | |
| 300. | | | | | Sold (part) | 07/31/20 | K | D | |
| 301.  Svenska Cellulosa a/k/a Essity Aktiebolag | A | Dividend | | | Sold | 01/08/20 | J | C | |
| 302.  Taiwan Semiconductor | A | Dividend | K | T | Buy (add'l) | 02/12/20 | J | | |
| 303. | | | | | Sold (part) | 04/01/20 | J | A | |
| 304. | | | | | Sold (part) | 07/28/20 | J | B | |
| 305. | | | | | Sold (part) | 10/19/20 | J | D | |
| 306.  Techtronic Inds. SP ADR | A | Dividend | K | T | Buy (add'l) | 04/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 09/16/20 | J | C | |
| 308. TELUS Corp. | A | Dividend | J | T | Sold (part) | 10/01/20 | J | A | |
| 309. Ten Cent Holdings | A | Dividend | K | T | Buy (add'l) | 03/20/20 | J | | |
| 310. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 311. Treasury Bills | A | Dividend | M | T | Buy | 07/22/20 | M | | |
| 312. | | | | | Sold (part) | 09/29/20 | K | A | |
| 313. Unilever NV | A | Dividend | J | T | | | | | |
| 314. UnitedHealth Group | A | Dividend | L | T | Sold (part) | 01/13/20 | K | D | |
| 315. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 316. Union Pacific Corp. | B | Dividend | L | T | Sold (part) | 03/10/20 | K | A | |
| 317. | | | | | Buy (add'l) | 09/10/20 | K | | |
| 318. | | | | | Buy (add'l) | 09/14/20 | K | | |
| 319. Visa Inc. | A | Dividend | K | T | Sold (part) | 10/30/20 | K | D | |
| 320. West Pharmaceutical Services | A | Dividend | L | T | Sold (part) | 06/05/20 | K | D | |
| 321. | | | | | Sold (part) | 07/08/20 | K | D | |
| 322. | | | | | Sold (part) | 07/16/20 | J | C | |
| 323. | | | | | Buy (add'l) | 11/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  Wisdom Tree Europe | A | Dividend | J | T | | | | | |
| 325.  WNS Holdings Ltd-ADR | | None | J | T | Buy<br>(add'l) | 04/03/20 | J | | |
| 326. | | | | | Sold<br>(part) | 05/13/20 | K | A | |
| 327.  Zoetis Inc. | A | Dividend | K | T | Sold<br>(part) | 07/08/20 | K | C | |
| 328. | | | | | Sold<br>(part) | 07/16/20 | J | A | |
| 329.  Retirement Funds "(H)" | | | | | | | | | |
| 330.  American Mutual Class F2 | A | Dividend | K | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 331.  AQR Diversified Arbitrage Fund | A | Dividend | | | Sold | 09/03/20 | J | B | |
| 332.  Artisan International Fund | A | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | A | |
| 333. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 334.  Artisan Int'l Small - Mid Fund | | None | K | T | Buy | 08/04/20 | J | | |
| 335. | | | | | Buy<br>(add'l) | 08/30/20 | J | | |
| 336.  Artisan Small Cap Fund | A | Dividend | | | Buy | 06/09/20 | K | | |
| 337. | | | | | Sold | 09/03/20 | J | A | |
| 338.  ASG Global Alternatives Fund | A | Dividend | | | Sold | 09/03/20 | J | A | |
| 339.  Baillie Gifford Emerging Markets | A | Dividend | J | T | | | | | |
| 340.  Baird Aggregate | A | Dividend | K | T | Sold<br>(part) | 07/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. Bristol Myers | A | Dividend | J | T | | | | | |
| 342. Causeway International | A | Dividend | K | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 343. Clearbridge Dvidend Strategy Fund | A | Dividend | K | T | | | | | |
| 344. Comcast Corporation | A | Dividend | J | T | | | | | |
| 345. Delta Airlines | A | Dividend | J | T | | | | | |
| 346. Disney Walt Company Com Disney | A | Dividend | K | T | | | | | |
| 347. Dodge & Cox Income Fund | A | Dividend | K | T | Sold<br>(part) | 07/08/20 | J | A | |
| 348. Dreyfus Treas Prime Cash Equivalent | A | Dividend | L | T | | | | | |
| 349. Europacific Growth Fund Class F1 | A | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | A | |
| 350. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |
| 351. Federated Institutional High Yield Bond | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 352. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 353. Federated Short Term Incom | A | Dividend | K | T | Buy<br>(add'l) | 07/08/20 | J | | |
| 354. Harding Loevner Emerging Markets | A | Dividend | J | T | | | | | |
| 355. GQG Partners | A | Dividend | J | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 356. Hartford Midcap Fund | | None | K | T | Sold<br>(part) | 09/03/20 | J | A | |
| 357. Heritage Cash Trust - Cash Equivalent | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. International Paper Co. | B | Dividend | K | T | | | | | |
| 359. iShares TR Core MSCI EAFE | B | Dividend | K | T | Buy<br>(add'l) | 02/10/20 | K | | |
| 360. | | | | | Sold<br>(part) | 06/08/20 | J | A | |
| 361. iShares TR Min Vol USA | A | Dividend | K | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 362. Janus Henderson | | None | K | T | Sold<br>(part) | 09/03/20 | J | A | |
| 363. John Hancock Disciplined Value Fund | A | Dividend | K | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 364. John Hancock Global Absolute Return | | None | | | Sold | 09/03/20 | J | A | |
| 365. John Hancock International Growth | A | Dividend | K | T | Buy | 06/09/20 | J | | |
| 366. Knoll Incorporated | A | Dividend | J | T | | | | | |
| 367. Loomis Sayles Growth Fund | A | Dividend | K | T | Buy<br>(add'l) | 07/08/20 | J | | |
| 368. | | | | | Sold<br>(part) | 09/03/20 | J | A | |
| 369. Meridian Growth Fund | A | Dividend | K | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 370. Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Sold<br>(part) | 07/08/20 | J | A | |
| 371. MFS International Growth Fund | A | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | A | |
| 372. Nuance Mid. Cap. Value Fund | A | Dividend | K | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 373. Oakmark International | A | Dividend | J | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 374. Parnassus Core Equity Fund | A | Dividend | K | T | Sold<br>(part) | 09/03/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  PGIM Absolute | A | Dividend | J | T | Buy<br>(add'l) | 07/08/20 | J | | |
| 376.  Pimco Low Duration Fund | A | Dividend | J | T | Buy | 06/09/20 | J | | |
| 377. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 378.  Raymond James Bank Deposit Program -<br>Cash Equivalent | A | Interest | L | T | | | | | |
| 379.  Raytheon Company | A | Dividend | J | T | | | | | |
| 380.  Sabra Healthcare | A | Dividend | J | T | | | | | |
| 381.  Starbucks | A | Dividend | K | T | | | | | |
| 382.  T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 383.  T. Rowe Price Oveerseas Stock Fund | A | Dividend | K | T | Buy | 06/10/20 | J | | |
| 384. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 385.  T Rowe Price Small Cap Value Fund | A | Dividend | K | T | Buy<br>(add'l) | 09/03/20 | J | | |
| 386.  Transamerica High Yield Bond | A | Dividend | J | T | Buy<br>(add'l) | 06/08/20 | J | | |
| 387. | | | | | Buy<br>(add'l) | 07/08/20 | J | | |
| 388.  Under Armour | | None | J | T | Buy | 01/07/20 | J | | |
| 389.  United Parcel Service Inc. | A | Dividend | K | T | Buy | 01/07/20 | J | | |
| 390.  Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |
| 391.  Vanguard Index Funds S&P 500 | B | Dividend | M | T | Sold<br>(part) | 06/08/20 | K | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 09/03/20 | J | B | |
| 393. Vanguard Short-Term Government Bond | A | Dividend | | | Buy | 01/27/20 | J | | |
| 394. | | | | | Sold | 06/08/20 | J | A | |
| 395. Victory Integrity Small Cap Value Fund | A | Dividend | | | Sold | 06/09/20 | J | A | |
| 396. Victory Trivalent Intl | A | Dividend | J | T | Sold (part) | 01/27/20 | J | A | |
| 397. | | | | | Sold (part) | 08/03/20 | J | A | |
| 398. Wells Fargo Advantage Absolute Return Fund | A | Dividend | | | Sold | 06/09/20 | J | A | |
| 399. Wells Fargo Advantage Intl | A | Dividend | | | Sold | 06/09/20 | J | A | |
| 400. Wells Fargo Core Bond Fund | A | Dividend | | | Sold | 02/10/20 | K | B | |
| 401. Wells Fargo International Value Fund | A | Dividend | | | Buy (add'l) | 01/27/20 | J | | |
| 402. | | | | | Sold | 06/09/20 | J | A | |
| 403. Western Asset Inflation | A | Dividend | J | T | Sold (part) | 07/08/20 | J | A | |
| 404. Western Asset Macro | A | Dividend | J | T | | | | | |
| 405. Western Asset Total Return | A | Dividend | K | T | Buy (add'l) | 07/08/20 | J | | |
| 406. William Blair Marco | A | Dividend | J | T | | | | | |
| 407. Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 408. Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 410. YUM, Inc | A | Dividend | J | T | | | | | |
| 411. Auto Owners Insurance - Annuity - Fixed Rate | B | Interest | K | T | | | | | |
| 412. SEP-IRA - SRO "(H)" | | | | | | | | | |
| 413. Abiomed Inc. | | None | K | T | Buy | 08/27/20 | J | | |
| 414. | | | | | Buy (add'l) | 10/26/20 | K | | |
| 415. Amazon.com Inc. | | None | K | T | Buy (add'l) | 02/13/20 | J | | |
| 416. | | | | | Sold (part) | 07/28/20 | J | C | |
| 417. Amedisys Inc. | | None | J | T | Buy | 06/26/20 | J | | |
| 418. American Tower Corp. | A | Dividend | J | T | | | | | |
| 419. BNY Deposit - Cash Equivalent | A | Dividend | K | T | | | | | |
| 420. Chegg Inc. | | None | K | T | Buy | 01/16/20 | J | | |
| 421. | | | | | Buy (add'l) | 02/13/20 | J | | |
| 422. | | | | | Sold (part) | 05/13/20 | J | B | |
| 423. | | | | | Sold (part) | 06/23/20 | J | C | |
| 424. | | | | | Buy (add'l) | 09/10/20 | K | | |
| 425. | | | | | Sold (part) | 10/22/20 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Edwards Lifesciences | | None | K | T | Buy (add'l) | 07/28/20 | J | | |
| 427. | | | | | Sold (part) | 11/19/20 | J | D | |
| 428. EPAM Systems | | None | K | T | Sold (part) | 01/14/20 | J | B | |
| 429. | | | | | Sold (part) | 09/16/20 | J | D | |
| 430. Equinix Inc. | A | Dividend | K | T | Sold (part) | 03/26/20 | J | A | |
| 431. Euronet Worldwide Inc. | | None | K | T | Sold (part) | 02/13/20 | J | B | |
| 432. | | | | | Sold (part) | 03/26/20 | J | A | |
| 433. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 434. Facebook Inc. | | None | K | T | Buy (add'l) | 03/19/20 | J | | |
| 435. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 436. Fleetcor Technologies | | None | J | T | Sold (part) | 04/01/20 | J | A | |
| 437. Google Inc. C1 a/k/a A/Alphabet C1 A | | None | K | T | | | | | |
| 438. Guidewire Software | | None | J | T | | | | | |
| 439. IDEXX Laboratories Inc. | | None | K | T | | | | | |
| 440. Illumina Inc. | | None | | | Sold | 09/24/20 | J | C | |
| 441. Intuitive Surgical Inc. | | None | K | T | Sold (part) | 02/04/20 | J | B | |
| 442. | | | | | Buy (add'l) | 07/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 08/13/20 | J | | |
| 444. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 445. Omnicell Inc. | None | K | T | Sold (part) | 05/14/20 | J | A | |
| 446. Palo Alto Networks | None | K | T | Buy (add'l) | 06/02/20 | J | | |
| 447. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 448. PayPal Holdings Inc. | None | K | T | Sold (part) | 02/13/20 | J | A | |
| 449. | | | | | Sold (part) | 06/23/20 | J | C | |
| 450. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 451. Penumbra Inc. | None | J | T | Sold (part) | 05/12/20 | K | D | |
| 452. Proofpoint, Inc. | None | J | T | | | | | |
| 453. Salesforce.com | None | J | T | Buy (add'l) | 03/19/20 | J | | |
| 454. | | | | | Sold (part) | 07/16/20 | J | B | |
| 455. | | | | | Sold (part) | 08/27/20 | J | C | |
| 456. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 457. | | | | | Sold (part) | 12/03/20 | J | C | |
| 458. ServiceNow, Inc. | None | K | T | Buy | 04/30/20 | J | | |
| 459. | | | | | Buy (add'l) | 05/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. Splunk Inc. | | None | K | T | Sold<br>(part) | 12/09/20 | J | C | |
| 461. Signature Bank NY | A | Dividend | K | T | | | | | |
| 462. Tyler Technologies | | None | J | T | Sold<br>(part) | 02/04/20 | J | A | |
| 463. | | | | | Sold<br>(part) | 03/05/20 | J | B | |
| 464. Ulta Salon | | None | | | Sold | 06/26/20 | J | B | |
| 465. Vertex Pharmaceuticals | | None | K | T | Sold<br>(part) | 04/15/20 | J | B | |
| 466. | | | | | Sold<br>(part) | 07/14/20 | J | C | |
| 467. Worday Inc. C1 A | | None | K | T | Buy | 09/24/20 | J | | |
| 468. | | | | | Buy<br>(add'l) | 10/26/20 | K | | |
| 469. Zendesk | | None | L | T | Buy<br>(add'l) | 09/01/20 | J | | |
| 470. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 471. Broker Account - SRO, DSO, TO amd MO<br>"(H)" | | | | | | | | | |
| 472. Abbott Labs | A | Dividend | J | T | | | | | |
| 473. Abiomed Inc. | | None | J | T | Buy | 08/27/20 | J | | |
| 474. Accenture LTD C1 A | A | Dividend | J | T | | | | | |
| 475. Agilent Technologies | A | Dividend | J | T | | | | | |
| 476. Amazon.com Inc. | | None | K | T | Buy<br>(add'l) | 02/13/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. Amedisys Inc. | | None | J | T | Buy | 06/26/20 | J | | |
| 478. American Tower Corp. | A | Dividend | J | T | | | | | |
| 479. Amphenol Corp. C1 A | A | Dividend | J | T | Buy<br>(add'l) | 12/01/20 | J | | |
| 480. Apple Computer Inc. | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | J | A | |
| 481. AptarGroup Inc. | A | Dividend | J | T | | | | | |
| 482. Ball Corp | A | Dividend | J | T | Buy<br>(add'l) | 04/14/20 | J | | |
| 483. Baxter Int'l Inc. | A | Dividend | J | T | Sold<br>(part) | 08/07/20 | J | A | |
| 484. Becton Dickinson | A | Dividend | J | T | | | | | |
| 485. BlackRock, Inc. | A | Dividend | J | T | | | | | |
| 486. Boeing Co. | | None | J | T | | | | | |
| 487. Broadcom Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/20/20 | J | | |
| 488. Chegg Inc. | | None | J | T | Buy | 01/16/20 | J | | |
| 489. | | | | | Buy<br>(add'l) | 02/13/20 | J | | |
| 490. | | | | | Sold<br>(part) | 05/13/20 | J | C | |
| 491. | | | | | Sold<br>(part) | 06/23/20 | J | B | |
| 492. Chevron Corp. | A | Dividend | J | T | Sold<br>(part) | 04/14/20 | J | A | |
| 493. Cisco Systems Inc. | A | Dividend | | | Sold | 10/22/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. Colgate-Palmolive Co. | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 495. Comcast Corp. C1 A | A | Dividend | J | T | Sold<br>(part) | 01/16/20 | J | A | |
| 496. Costco Wholesale | A | Dividend | J | T | | | | | |
| 497. CVS Health Corp. | A | Dividend | J | T | Buy<br>(add'l) | 07/16/20 | J | | |
| 498. Google Inc. C1 a/k/a A/Alphabet Inc. C1 | | None | K | T | | | | | |
| 499. EPAM Systems | | None | J | T | Sold<br>(part) | 09/16/20 | J | B | |
| 500. Edwards Lifesciences | | None | J | T | Buy<br>(add'l) | 07/28/20 | J | | |
| 501. | | | | | Sold<br>(part) | 11/19/20 | J | B | |
| 502. Equinix Inc. | A | Dividend | J | T | | | | | |
| 503. Euronet Worldwide Inc. | | None | J | T | Sold<br>(part) | 02/13/20 | J | A | |
| 504. Facebook Inc. | | None | K | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 505. Fastenal Co. | A | Dividend | J | T | | | | | |
| 506. Fin Select SPDR ETF | A | Dividend | J | T | | | | | |
| 507. Fleetcor Technologies | | None | J | T | Sold<br>(part) | 04/01/20 | J | A | |
| 508. General Dynamics | A | Dividend | J | T | Sold<br>(part) | 09/10/20 | J | A | |
| 509. Global Pmts Inc. | A | Dividend | J | T | | | | | |
| 510. Graco Inc. | A | Dividend | J | T | Buy | 09/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. | | | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 512.  Guidewire Software | | None | J | T | | | | | |
| 513.  Home Depot | A | Dividend | J | T | Buy<br>(add'l) | 08/13/20 | J | | |
| 514.  Illumina Inc. | | None | | | Sold | 09/25/20 | J | A | |
| 515.  Intuitive Surgical Inc. | | None | K | T | Sold<br>(part) | 02/04/20 | J | A | |
| 516. | | | | | Buy<br>(add'l) | 08/13/20 | J | | |
| 517.  Johnson & Johnson | A | Dividend | J | T | | | | | |
| 518.  Marsh & McLennan | A | Dividend | J | T | Sold<br>(part) | 07/16/20 | J | A | |
| 519. | | | | | Sold<br>(part) | 09/25/20 | J | A | |
| 520.  McCormick & Co. | A | Dividend | J | T | | | | | |
| 521.  Microsoft Corp. | A | Dividend | J | T | Buy<br>(add'l) | 03/12/20 | J | | |
| 522.  Mondelez Int'l Inc. | A | Dividend | J | T | | | | | |
| 523.  Monolithic Power Sys. Inc. | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 524. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 525.  NVIDIA Corp. | A | Dividend | J | T | | | | | |
| 526.  Nike Inc. | A | Dividend | J | T | Sold<br>(part) | 03/05/20 | J | A | |
| 527.  Omnicell Inc. | | None | J | T | Sold<br>(part) | 05/14/20 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  Palo Alto Networks | | None | J | T | Buy (add'l) | 06/02/20 | J | | |
| 529.  PayPal Holdings Inc. | | None | J | T | Sold (part) | 02/13/20 | J | A | |
| 530. | | | | | Sold (part) | 06/23/20 | J | B | |
| 531.  Penumbra Inc. | | None | J | T | Sold (part) | 05/12/20 | J | A | |
| 532.  Pepsico Inc. | A | Dividend | J | T | Buy (add'l) | 01/23/20 | J | | |
| 533.  Proofpoint, Inc. | | None | J | T | Sold (part) | 01/16/20 | J | A | |
| 534.  RBC Bank Account - Cash Equivalent | A | Interest | J | T | | | | | |
| 535.  Reins Grp of America | A | Dividend | J | T | Sold (part) | 01/23/20 | J | A | |
| 536.  Republic Services | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 537.  Ross Stores | | None | J | T | Buy (add'l) | 12/01/20 | J | | |
| 538.  Royal Caribbean Cruises Ltd. | A | Dividend | | | Sold | 03/17/20 | J | A | |
| 539.  Salesforce.com | | None | J | T | Buy (add'l) | 03/19/20 | J | | |
| 540. | | | | | Sold (part) | 07/16/20 | J | A | |
| 541. | | | | | Sold (part) | 08/28/20 | J | B | ` |
| 542. | | | | | Sold (part) | 12/03/20 | J | B | |
| 543.  Schlumberger Ltd. | A | Dividend | J | T | Buy (add'l) | 07/28/20 | J | | |
| 544.  ServiceNow Inc. | | None | K | T | Buy | 04/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 546. Splunk Inc. | | None | J | T | | | | | |
| 547. Starbucks Corp. | A | Dividend | J | T | | | | | |
| 548. Stryker Corp. | A | Dividend | J | T | Sold<br>(part) | 07/31/20 | J | A | |
| 549. Tyler Technologies Inc. | | None | J | T | Sold<br>(part) | 03/05/20 | J | A | |
| 550. Ulta Beauty Inc. | | None | | | Sold | 06/26/20 | J | A | |
| 551. Union Pacific Corp. | A | Dividend | J | T | Sold<br>(part) | 03/10/20 | J | A | |
| 552. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 553. United Health Group | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 554. Vertex Pharmaceuticals | | None | J | T | Sold<br>(part) | 01/31/20 | J | A | |
| 555. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 556. | | | | | Sold<br>(part) | 04/15/20 | J | A | |
| 557. Visa Inc. C1 A | A | Dividend | J | T | Sold<br>(part) | 10/30/20 | J | A | |
| 558. West Pharmaceutical Services | A | Dividend | J | T | Sold<br>(part) | 06/05/20 | J | A | |
| 559. | | | | | Sold<br>(part) | 07/16/20 | J | B | |
| 560. Workday Inc. C1 A | | None | J | T | Buy | 09/25/20 | J | | |
| 561. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  Zendesk Inc. | | None | K | T | Buy (add'l) | 09/01/20 | J | | |
| 563. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 564.  Zoetis Inc. | A | Dividend | J | T | Sold (part) | 07/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Opperman, Daniel S.** | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel S. Opperman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544